IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20012
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

ROBERTO RIOJAS, JR.; DAVID CANTU; PEDRO MORENO; RAMIRO RIOJAS;
LUIS MORENO; LAZARO MORENO; IRELA YVETTE RIOJAS GONZALEZ;
MELBA RIOJAS MORENO; ROSANNA RIOJAS GUERRERO; JOSE LUIS CANTU;
EDUARDO MORENO; RENE GONZALEZ; CESAR MORENO, SR.; RENATO RIOJAS,
a/k/a Renato Riojas-Sandoval,

                                        Defendants-Appellants.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-95-CR-142
- - - - - - - - - -
July 11, 1997
Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:*

     Eduardo Moreno, Lazaro Moreno, and Luis Moreno appeal from

the district court's order revoking the magistrate judge's order

of release pending trial.  The district court's decision rests on

its conclusion that these appellants present a danger to the

_____

     * Pursuant to 5th Cir. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5th Cir. R.
47.5.4.

community and no conditions will reasonably assure safety, and that they present a risk of flight and no conditions will reasonably assure their appearance as required. We have reviewed the appellants' and Government's briefs and arguments, the record, and the district court's order, and find that the district court's conclusion that no conditions of release will assure the appearance of Eduardo Moreno, Lazaro Moreno, or Luis Moreno is supported by the record. See United States v. Rueben, 974 F.2d 580, 586 (5th Cir. 1992). The district court's detention order as to Eduardo Moreno, Lazaro Moreno, and Luis Moreno is AFFIRMED.